| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**MARKOWITZ GRAVELLE, LLP**<br>BY: Christine M. Gravelle, Esquire (#0913)<br>3131 Princeton Pike<br>Lawrenceville, NJ 08648<br>(609) 896-2660<br>**Attorneys for: Debtors** | |
|---|---|
| In Re:<br><br>BNG Holdings, LLC, et al.,<br><br>　　　　Debtors | Case No.:　　08-11615<br>　　　　　　　(Jointly Administered)<br>Adv. No.:<br><br>Hearing Date:　10/22/09 at 1:00 pm<br><br>Judge:　　　MBK |

Order Filed on 10/23/2009 by Clerk U.S. Bankruptcy Court District of New Jersey

## ORDER GRANTING COMPENSATION AND REIMBURSEMENT OF EXPENSES TO ATTORNEY FOR THE DEBTORS IN A CHAPTER 11 PROCEEDING

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: 10/23/2009**

　　　　　　　　　　　　　　　Honorable Michael B. Kaplan
　　　　　　　　　　　　　　　United States Bankruptcy Judge

**Page 2**
Debtor: BNG Holdings, LLC., et al.
Case No.: 08-11615 (Jointly Administered) (MBK)
Caption of Order: Order Granting Compensation and Reimbursement of Expenses to Debtors' Attorney in a
Chapter 11 Proceeding

This matter being brought before the Court upon the application of Markowitz Gravelle, LLP, attorneys for the Debtors, for an Order seeking compensation for services rendered in the Chapter 11 proceeding; and it appearing that proper notice having been given; and good cause appearing, it is hereby:

**ORDERED** that Markowitz Gravelle, LLP, attorneys for the Debtors, be and hereby are awarded the following for services and expenses in a Chapter 11 proceeding:

| | |
|---|---|
| BNG Holdings, LLC<br>Case No. 08-11615 | $104,889.50 in fees plus ~~$4,892.07~~ $3,853.07 for expenses, totaling ~~$109,781.57~~ $108,742.57; |
| Parkside Memorial Home, Inc.<br>Case No. 08-18118 | $26,211.25 in fees plus $1,593.00 for expenses, totaling $27,804.25; |
| Hamilton Memorial Home, Inc.<br>Case No. 08-18132 | $21,507.25 in fees plus $1,567.00 for expenses, totaling $23,074.25 |

*Approved by Judge Michael Kaplan October 23, 2009*

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: ndutko             Page 1 of 1              Date Rcvd: Oct 26, 2009
Case: 08-11615                Form ID: pdf903          Total Noticed: 1

The following entities were noticed by first class mail on Oct 28, 2009.
db            +BNG Holdings, LLC,    1584 Parkside Avenue,    Trenton, NJ 08638-2607

The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 28, 2009**              **Signature:** _Joseph Speetjens_